Devin Coleman

v.                                              CA# 22-654  GBW

William Ngwa et al,


Re: Amendment of Pleadings to add ADA Claim
                    (Americans w/ disability act)

Your Honor,

    I'd like to amend my complaint by adding a legal Claim,
I want to add an ADA claim under title 2, against
The two state defendents WARDEN Robert MAY and Captin
Micheal TRADER, both in their offical capacitys with
Requested Relief of compensatory damages in the amount of
5,000 (five thousand) each and Punitive damages 15,000 (fifteen
thousand) and nominal damages in the amount of 500 (five hundred
dollars)



                                    Devin Coleman
                                    434475 / JTVCC
                                    1181 paddock Rd
                                    Smyrna, DE 19977